1  DHAIVAT H. SHAH (S.B. # 196382)
   O'MELVENY & MYERS LLP
2  2765 Sand Hill Road
   Menlo Park, California  94025
3  Telephone:   (650) 473-2600
   Facsimile:   (650) 473-2601
4  E-Mail:      dshah@omm.com

***E-FILED - 11/6/08***

5  Attorneys for Defendants VAST SYSTEMS TECHNOLOGY
   CORPORATION, ALAIN LABAT, KYLE PARK, MDV VII, L.P., and
6  SEVENTH MDV PARTNERS L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYUICHI HIRAIDE<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VAST SYSTEMS TECHNOLOGY CORPORATION, ALAIN LABAT and KYLE PARK, MDV VII, L.P. as nominee for: MDV VII, L.P., MDV VII Leaders Fund, L.P., MDV Entrepreneurs Network Fund VII (A) LP. And MDV Entrepreneurs, Network Fund VII (B) L.P., MDV Partners L.L. and Seventh MDV Partners L.L.C.<br><br>　　　　　　Defendant. | Case No.  C08-04714 RMW (PVT)<br><br>**STIPULATION AND []<br>ORDER EXTENDING DEFENDANTS'<br>TIME TO RESPOND TO COMPLAINT<br>AND SETTING BRIEFING SCHEDULE<br>AND HEARING DATE ON<br>DEFENDANTS' MOTION TO DISMISS** |

1    WHEREAS, on October 10, 2008, plaintiff filed his Complaint for Damages, Declaratory
2 and Injunctive Relief ("Complaint"); and
3    WHEREAS, plaintiff served defendants on or after October 20, 2008; and
4    WHEREAS, under the Federal Rules of Civil Procedure, defendants' response to the
5 Complaint is due on or before November 10, 2008, and defendants have indicated that they will
6 move to dismiss the case; and
7    WHEREAS, due to the complexity of the case and the difficulties in scheduling presented
8 by the holiday season, the parties agree that additional time is necessary to adequately brief the
9 issues addressed in defendants' motion to dismiss the complaint;
10    THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the
11 parties through their counsel of record:
12    1. Defendants shall file their motion to dismiss plaintiff's complaint on or before
13 December 5, 2008.
14    2. Plaintiff shall file his opposition to defendants' motion to dismiss on or before January
15 19, 2009.
16    3. Defendants shall file their reply in support of their motion to dismiss on or before
17 February 2, 2009.

1        4. The hearing on defendants' motion to dismiss shall be held on February 13, 2009, or as

2    soon thereafter as counsel may be heard.

3    IT IS SO STIPULATED.

4    Dated:  October 28, 2008              MURRAY & HOWARD, LLP

                                                    By:  /s/ Derek G. Howard
                                                         DEREK G. HOWARD

                                          Attorney for Plaintiff RYUICHI HIRAIDE

Dated:  October 28, 2008              O'MELVENY MYERS LLP

                                          By:  /s/ Dhaivat H. Shah
                                                  DHAIVAT H. SHAH

Attorney for Defendants VAST SYSTEMS TECHNOLOGY CORPORATION, ALAIN LABAT, KYLE PARK, MDV VII, L.P., and SEVENTH MDV PARTNERS L.L.C.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/6, 2008                          [signature] for
                                            HON. RONALD M. WHYTE
                                            UNITED STATES DISTRICT JUDGE

I, Dhaivat H. Shah, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Setting Briefing Schedule.  In compliance with General Order 45, X.B., I hereby attest that Derek G. Howard has concurred in this filing.

                                                      By:  /s/ Dhaivat H. Shah
                                                       DHAIVAT H. SHAH

MP1:1027593.2