1  DHAIVAT H. SHAH (S.B. # 196382)
   O'MELVENY & MYERS LLP
2  2765 Sand Hill Road
   Menlo Park, California 94025
3  Telephone:  (650) 473-2600
   Facsimile:  (650) 473-2601
4  E-Mail:     dshah@omm.com

5  Attorneys for Defendants VAST SYSTEMS TECHNOLOGY
   CORPORATION, ALAIN LABAT, KYLE PARK, MDV VII, L.P., and
6  SEVENTH MDV PARTNERS L.L.C.

***E-FILED - 1/21/09***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYUICHI HIRAIDE | Case No.  C08-04714 RMW (PVT) |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER SETTING SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT AND FOR BRIEFING ON** |
| VAST SYSTEMS TECHNOLOGY CORPORATION, ALAIN LABAT and KYLE PARK, MDV VII, L.P. as nominee for: MDV VII, L.P., MDV VII Leaders Fund, L.P., MDV Entrepreneurs Network Fund VII (A) LP. And MDV Entrepreneurs, Network Fund VII (B) L.P., MDV Partners L.L. and Seventh MDV Partners L.L.C. | **DEFENDANTS' MOTION TO DISMISS** |
| Defendants. | |

1    WHEREAS, on October 10, 2008, plaintiff filed his Complaint for Damages, Declaratory
2  and Injunctive Relief ("Complaint"); and
3    WHEREAS, plaintiff served defendants on or after October 20, 2008; and
4    WHEREAS, under the Federal Rules of Civil Procedure, defendants' response to the
5  Complaint was due on or before November 10, 2008, and defendants indicated that they intended
6  to move to dismiss the Complaint; and
7    WHEREAS, the Court entered a stipulated briefing schedule under which: (1)
8  defendants' motion to dismiss was due on December 5, 2008; (2) plaintiff's opposition was due
9  on January 19, 2009; (3) defendants' Reply was due on February 2, 2009; and (4) the matter was
10 scheduled to be heard on February 13, 2009; and
11    WHEREAS, defendants filed their motion to dismiss on December 5, 2008; and
12    WHEREAS, plaintiff has indicated that he intends to file an amended complaint pursuant
13 to Rule 15(a)(1) of the Federal Rules of Civil Procedure; and
14    WHEREAS, the parties have met-and-conferred on an acceptable schedule for plaintiff's
15 amended complaint and defendants' motion to dismiss the amended complaint.
16    THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the
17 parties through their counsel of record:
18    1. Plaintiff shall file his Amended Complaint on or before February 6, 2009.
19    2. The February 13, 2009, hearing on defendants' motion to dismiss plaintiff's original
20 Complaint shall be taken off calendar.
21    3. Defendants shall file their motion to dismiss plaintiff's Amended Complaint on or
22 before March 13, 2009.
23    4. Plaintiff shall file his opposition to defendants' motion to dismiss on or before April
24 10, 2009.
25    5. Defendants shall file their reply in support of their motion to dismiss on or before April
26 24, 2009.
27    6. The hearing on defendants' motion to dismiss shall be held on May 8, 2009, or as soon
28 thereafter as counsel may be heard.

7. The initial case management conference in this matter, currently scheduled for February 20, 2009, shall be continued to May 8, 2009, or as soon thereafter as counsel may be heard.

IT IS SO STIPULATED.

Dated: January 15, 2009                    MURRAY & HOWARD, LLP

                                           By:      /s/ Derek G. Howard
                                                    DEREK G. HOWARD

                                           Attorney for Plaintiff RYUICHI HIRAIDE


Dated: January 15, 2009                    O'MELVENY MYERS LLP

                                           By:      /s/ Dhaivat H. Shah
                                                    DHAIVAT H. SHAH

                                           Attorney for Defendants VAST SYSTEMS
                                           TECHNOLOGY CORPORATION, ALAIN
                                           LABAT, KYLE PARK, MDV VII, L.P., and
                                           SEVENTH MDV PARTNERS L.L.C.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __1/21__, 2009                     _____
                                           HON. RONALD M. WHYTE
                                           UNITED STATES DISTRICT JUDGE

I, Dhaivat H. Shah, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Setting Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Derek G. Howard has concurred in this filing.

                                           By:      /s/ Dhaivat H. Shah
                                                    DHAIVAT H. SHAH

MP1:1171296.1